UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION

ALAN SPARKS on his own behalf and others
similarly situated,

                Plaintiff,

-vs-                                                Case No. 2:09-cv-534-FtM-29SPC

TATE HAULERS OF SOUTHWEST FLORIDA,
INC. a Florida profit corporation,

                Defendant.
_____

## ORDER

This matter comes before the Court on Plaintiff's Motion to Compel Defendant's Responses to Discovery in Aid of Execution (Doc. #18) filed on June 21, 2010. On February 1, 2010, the District Court entered default judgment in favor of Plaintiff for the amount of $2,749.60, plus costs in the amount of $495.00 taxed against the Defendant (Doc. #16). In an attempt to collect on the judgment, on March 30, 2010, Plaintiff propounded Discovery in Aid of Execution on Defendant. Plaintiff asserts that Defendant has failed to respond to his discovery requests.

Pursuant to Fed. R. Civ. P. 69, the "[p]rocess to enforce a judgment for the payment of money shall be a writ of execution, unless the court directs otherwise. The procedure on execution, in proceedings supplementary to and in aid of a judgment, and in proceedings on and in aid of execution shall be in accordance with the practice and procedure of the state in which the district court is held. . . ." Fed. R. Civ. P. 69(a). Florida Rule of Civil Procedure 1.560 states that "[i]n aid of a judgment, decree, or execution, the judgment creditor or the successor in interest, when that interest appears of record, may obtain discovery from any person, including the judgment debtor."

Thus, under Florida law, Plaintiff, as a judgment debtor, is entitled to the discovery propounded to Defendant in aid of a writ of execution.

Accordingly, it is now

**ORDERED:**

Plaintiff's Motion to Compel Defendant's Responses to Discovery in Aid of Execution (Doc. #18) is **GRANTED**. The Defendant has up to and including **July 26, 2010**, to produce the full and complete answers to Plaintiff's Request for Production of Documents to Defendant in Aid of Execution.

**DONE AND ORDERED** at Fort Myers, Florida, this ___6th___ day of July, 2010.

*Sheri Polster Chappell*
SHERI POLSTER CHAPPELL
UNITED STATES MAGISTRATE JUDGE

Copies: All Parties of Record